# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TAMMY L. DAUGHTRY

VERSUS

GENEVIEVE A. SEGHERS AND
USAA GENERAL INDEMNITY
COMPANY

CONSOLIDATED WITH

GENEVIEVE A. SEGHERS

VERSUS

LINDA COX, USAA INSURANCE
COMPANY AND GEICO INSURANCE
COMPANY

NO.   2021 CW 0573

**AUGUST 16, 2021**

---

In Re:    USAA General Indemnity Company (As UM Insurer),
          applying for supervisory writs, 22nd Judicial District
          Court, Parish of St. Tammany, No. 201911774 C/W
          201916523.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

                         JMM
                         WIL
                         EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT